UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Douglas Giddens

Case No. 09-cv-277-SM

v.

New Hampshire State Prison, Warden

O R D E R

This case has been stayed since November 4, 2009, while the petitioner returns to state court to exhaust his federal claims.   This case shall be administratively closed while the stay is in effect.   Petitioner is reminded to file status reports every 90 days to notify this court of his progress in the state court.   The Court should, of course, immediately be notified upon ultimate resolution of the issues.

SO  ORDERED.

November  30,   2009

_____
Steven J. McAuliffe
Chief Judge, U.S. District Court

cc:     Douglas Giddens, pro se